NV2

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**FILED** *LAL*

MAR - 9 2005

**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

| | | |
|---|---|---|
| DENNIS DOWNIE, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | No. 89 C 2937 |
| | ) | |
| PAUL KLINCAR, et al., | ) | The Hon. James B. Moran |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO:** (See attached Service List)

PLEASE TAKE NOTICE that on Tuesday, March 15, 2005 at 9:00 a.m. we will appear before The Honorable James B. Moran, in courtroom 1843, at the U.S. District Court for the Northern District of Illinois, 219 S. Dearborn Street, Chicago, Illinois, and will then and there present **Darrell Cannon's Motion for Leave to File Reply Memorandum Instanter.**

_____
Locke E. Bowman

Locke E. Bowman
MacArthur Justice Center
University of Chicago Law School
1111 E. 60th Street
Chicago, IL 60637
(773) 753-4405

**SERVICE LIST**
Downie v. Klincar, et. al.; No. 89 C 2937


Charles Hoffman
Assistant Defender
Office of the State Appellate Defender
Supreme Court Unit - Chicago
600 W. Jackson Boulevard, Suite 600
Chicago, Illinois 60661
(312) 814-5100
(312) 814-5951 (Fax)

Flint G. Taylor, Jr.
People's Law Office
1180 N. Milwaukee Avenue
Chicago, Illinois 60622
(773) 235-0070
(773) 235-6699 (Fax)

Ronald A. Rascia
Assistant Attorney General & Unit Supervisor
General Law Bureau
Office of the Illinois Attorney General
100 W. Randolph Street, 13th Floor
Chicago, Illinois 60601
(312) 814-3647
(312) 814-4425 (Fax)