# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 2.3
### Eastern Division

Robin Bargeron, et al.

                Plaintiff,

v.

                                                                Case No.: 1:89−cv−02937
                                                               Hon. James B. Moran

Paul Klincar, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 15, 2005:

      MINUTE entry before Judge James B. Moran :Darrell Cannon's motion for leave to file reply memorandum instanter [45] is granted. All other matters are stayed. Judicial staff mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.